CRUSADE v. HACKENSACK MEADOWLANDS
DEVELOPMENT COMMISSION.

December 12, 1983.

Petition for certification dismissed as moot.

JAMES COSLOP v. ANDREW SANTIAGO.

December 12, 1983.

Petition for certification denied.

CAROLE RAE FAGAN v. CITY OF ATLANTIC CITY.

December 12, 1983.

Petition for certification granted.   (See 191 *N.J.Super.* 511)

ILDIKO MOLNAR v. THE COUNCIL AND THE PLANNING
BOARD OF THE VILLAGE OF RIDGEWOOD.

December 12, 1983.

Petition for certification denied.